IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION

| | | |
|---|---|---|
| ABDUL ISHAQ | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-1195 |
| | § | |
| AMICA MUTUAL INSURANCE | § | |
| COMPANY | § | |
|     Defendant | § | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Defendant Amica Mutual Insurance Company and files this Notice of Removal pursuant to 28 U.S.C. §1332(a), on the basis of diversity jurisdiction. In support thereof, Defendant would respectfully show this Honorable Court the following:

### I.
### Brief Statement of Facts

A.   On March 1, 2019, this cause of action was commenced by Plaintiff Abdul Ishaq against Defendant Amica Mutual Insurance Company. The suit was commenced in the 268th Judicial District Court of Fort Bend County, Texas. A copy of Plaintiff's Original Petition is attached hereto as Exhibit A and incorporated herein by reference. The original pleading alleges causes of action for breach of contract, Prompt Payment of Claims Statute, and bad faith. This pleading provides that Plaintiff "seeks monetary relief over $100,000, but not more than $200,000" *Id.* at paragraph 4.

B.   On or about March 8, 2019, Defendant was duly served with and received notice of Plaintiff's Original Petition. Thus, this Notice of Removal is timely filed on today's date as it is within the thirty-day time period mandated by 28 U.S.C. 1446(b).

C.	Plaintiff is a citizen of Texas. Amica Mutual Insurance Company is a citizen of Rhode Island with its principal place of business located in Lincoln, Rhode Island. *See* Exhibits B *(printout from website of State of Rhode Island and Providence Plantations Office of Secretary of State)*, and C *(printout from website of Texas Department of Insurance)*.

## II.
## Arguments and Authorities

A.	The judicial power of the United States extends to controversies between citizens of different states. Art. 3, §2, United States Constitution. Federal district courts have jurisdiction over all civil actions between citizens of different states, so long as the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. § 1332(a).  Defendant Amica is a foreign company. It is a citizen of Rhode Island and its principle place of business is also in Rhode Island. Plaintiff is a resident and citizen of Texas. *Id.* In Plaintiff's pleading, he asserts an amount in controversy within the jurisdiction of this Court.

B.	By reason of the aforementioned premises, Defendant desires and is entitled to have this cause removed from the 268th Judicial District Court of Fort Bend County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, such being the District where said suit is pending.

C.	Written notice of the filing of this Notice of Removal will be given to Plaintiff, by and through his counsel of record, as required by law.

D.	A true and correct copy of this Notice of Removal will be filed with the Clerk of the 268th Judicial District Court of Fort Bend County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Amica Mutual Insurance Company prays that this action be removed to this Honorable Court and that this Honorable Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Honorable Court for further proceedings, the same as though this action had originally been instituted in this Honorable Court.

Respectfully submitted,

FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  787
(512)  476-5300
(Fax)  476-5771

By: /s/ Joanna Lippman Salinas
Joanna Lippman Salinas
State Bar No. 00791122
Southern District ID No. 29464
joanna.salinas@fletcherfarley.com

Attorneys for Defendant,
*Amica Mutual Insurance Company*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Defendant's Notice of Removal** has been provided to the offices of:

James Willis
Ricard D. Daly
**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098

by facsimile, in accordance with the Federal Rules of Civil Procedure, on April 2, 2019.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas